IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC. | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:15-cv-00128-SWW |
| | * | |
| | * | |
| JOSE MATILDE MARTINEZ, | * | |
| individually and d/b/a Eliella Ristorante; | * | |
| and EL I ELLA TAQUERIA, LLC, an | * | |
| unknown business entity d/b/a Eliella | * | |
| Ristorante, | * | |
| | * | |
| Defendants. | * | |

## ORDER

Jose Matilde Martinez, individually, has filed a Suggestion of Bankruptcy [doc.#21] and requests that the Court enter an order staying this action. In light of Martinez's Suggestion of Bankruptcy, and there being no objection, the Court directs the Clerk of Court to administratively close this action subject to an application to reopen in the event the bankruptcy stay is lifted.[1]

IT IS SO ORDERED this 26th day of October 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] By order entered October 8, 2015 [doc.#22], the Court gave J & J Sports Productions, Inc. fourteen days in which to respond to Martinez's request that this action be stayed but no response was filed.